159 So. 886

**Rebecca BRAHAM et al. v. Annie SIMPSON et al.**

**8 Div. 584.**

Supreme Court of Alabama.
Jan. 3, 1935.

Simpson & Simpson, of Florence, for appellants.

W. H. Mitchell, of Florence, for appellees.

PER CURIAM.
Appeal dismissed by appellants.

**2**

160 So. 915

**S. A. BROOKS v. STATE.**

**5 Div. 194.**

Supreme Court of Alabama.
April 11, 1935.

PER CURIAM.
Appeal dismissed.

**3**

161 So. 925

**BROWN SERVICE FUNERAL CO. v. STATE ex rel. W. C. VICE.**

**6 Div. 796.**

Supreme Court of Alabama.
June 8, 1935.

Hugh A. Locke, of Birmingham, for appellant.

Horace C. Wilkinson, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed by appellant.

**4**

160 So. 915

**J. D. BURNHAM v. James REGAN.**

**6 Div. 728.**

Supreme Court of Alabama.
April 16, 1935.

Stephen B. Coleman, of Birmingham, for appellant.

Benners, Burr, McKamy & Forman, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed by appellant.

**5**

161 So. 925

**Ex parte Mrs. Jacob BURRELL.**

**6 Div. 761.**

Supreme Court of Alabama.
April 25, 1935.

Cora R. Thompson, of Birmingham, for petitioner.

PER CURIAM.
Rule nisi denied. Scott v. Shepherd, 215 Ala. 671, 112 So. 137; Nichols v. Snead, 224 Ala. 324, 140 So. 375.

ANDERSON, C. J., and GARDNER, BOULDIN and FOSTER, JJ., concur.

**6**

160 So. 915

**Ex parte S. S. CARPENTER.**

**6 Div. 694.**

Supreme Court of Alabama.
April 18, 1935.

M. B. Grace, of Birmingham, for petitioner.

PER CURIAM.
Rule nisi denied.

ANDERSON, C. J., and GARDNER, BOULDIN and FOSTER, JJ., concur.